IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABC BUSINESS FORMS, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 14-cv-2768 |
| Plaintiff, | ) | |
| | ) | Judge Durkin |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| CSP TECHNOLOGIES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed R. Civ. Proc. 41(a) and the agreement entered into between the Parties in the above matter, Plaintiff hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on August 8, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

CSP Technologies, Inc.
Saji Philip
5107 Farwell Avenue
Skokie, Illinois 60077

                                   /s/ Dulijaza Clark
                                   Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)