UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

ABC Business Forms, Inc.

                            Plaintiff,

v.                                                    Case No.: 1:14−cv−02768
                                                      Honorable Thomas M. Durkin

CSP Technologies, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 8, 2014:

       MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's individual claims are dismissed with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. All pending motions are denied as moot. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.